**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josue Guzman, | No. CV-21-00125-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Police Department, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline and Deadline to Lodge Joint Proposed Pretrial Order (Doc. 117).  Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Dispositive Motion Deadline and Deadline to Lodge Joint Proposed Pretrial Order (Doc. 117).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Dispositive motions | **November 21, 2022** |
| Joint Proposed Pretrial Order | **January 22, 2023** or 30 days after ruling on any pending dispositive motion |

The Court's prior orders regarding scheduling are affirmed.

Dated this 12th day of August, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge